# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacquelyn Hughes, | Case No: 2:20-cv-01556-DWL |
| Plaintiff, | |
| vs. | **ORDER** |
| State of Arizona, Department of Agriculture | |
| Defendant. | |

Pursuant to the stipulation of the parties and for good cause shown:

**IT IS ORDERED** granting the Stipulated Motion to Stay Proceedings and Extend Deadline To Respond To Complaint and staying this matter pending resolution of a question certified to the Arizona Supreme Court by the Ninth Circuit Court of Appeals on an issue of law central to this case.

**IT IS FURTHER ORDERED** that Defendant's response to the complaint will be due two weeks after this stay is lifted.