**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jacquelyn Hughes, | No. CV-20-01556-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Department of Agriculture, | |
| Defendant. | |

   **IT IS ORDERED** granting the parties' stipulation to lift the stay and dismiss this action (Doc. 11).

   **IT IS FURTHER ORDERED** that the stay is lifted and all claims in the above-captioned case are dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

   **IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions are denied as moot.

   Dated this 26th day of August, 2021.

_____
Dominic W. Lanza
United States District Judge